IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO JAVIER FLORES-JIMENEZ, § <br>     Petitioner, § <br> § <br> V. § <br> § <br> UNITED STATES OF AMERICA, § <br>     Respondent. § | CIVIL ACTION NO. B-13-051 <br> CRIMINAL NO. B-12-522-1 |

# ORDER

On February 26, 2014, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 20] recommending that this Court deny Petitioner Francisco Javier Flores-Jimenez's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted and Petitioner Francisco Javier Flores-Jimenez's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is denied. Further, this Court denies the issuance of a Certificate of Appealability.

Signed this 31st day of March, 2014.

Andrew S. Hanen
United States District Judge